IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 4:18cr76-MW

SCOTT CHARLES MADDOX
 And
JANICE PAIGE CARTER-SMITH
_____/

## MOTION TO UNSEAL INDICTMENT

The United States of America requests this Court issue an Order unsealing the Indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The United States filed a motion to seal the Indictment in this matter stating that public revelation of the indictment could severely hamper law enforcement's ability to locate and apprehend the defendants to answer the charges. The Court granted that motion on or about December 11, 2018.

2. Defendant Maddox was arrested this morning by agents of the Federal Bureau of Investigation (FBI) in Tallahassee, Florida. Defendant Carter-Smith is scheduled to surrender to the FBI this morning. An Initial Appearance has been



1

scheduled for 3:00pm this afternoon. There is no further reason to keep the Indictment in this case under seal.

WHEREFORE, it is respectfully requested that the Court unseal the Indictment in this matter.

Respectfully submitted, this 12th day of December, 2018.

                                            KAREN RHEW-MILLER
                                            Attorney for the United States
                                            Acting Under Authority
                                            Conferred by 28 U.S.C. § 515

                                            *STEPHEN M. KUNZ*
                                            STEPHEN M. KUNZ
                                            Assistant U.S. Attorney
                                            Florida Bar No. 322415
                                            111 North Adams Street, 4th Floor
                                            Tallahassee, Florida 32301
                                            (850) 942-8430

## **ORDER**

The government's motion is granted.

DONE AND ORDERED this the _12th_ day of December, 2018.

                                            CHARLES A. STAMPELOS
                                            UNITED STATES MAGISTRATE JUDGE